PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kelly Joe Iceman, Sr.**

**Docket No. 0:00CR00055-1(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kelly Joe Iceman, Sr.,** who was sentenced for Assault with a Dangerous Weapon on October 17, 2001, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No contact with the victim
- Restitution of $2,869.32
- 9-11-2003: Conditions were modified to include alcohol and drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient treatment, counseling, or a support group.

On February 26, 2005, the defendant was discharged unsuccessfully from the Four Winds Drug Treatment Program in Redby, Minnesota. He left the program with no explanation.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On February 11, 2004, the defendant was arrested for Disorderly Conduct by Red Lake police officers. The officers responded to the defendant's mother's residence after it was reported that the defendant had taken her vehicle. The defendant was standing outside the residence and was under the influence of alcohol. He became belligerent and was arrested. On February 11, 2004, he appeared in Red Lake Tribal Court and was sentenced to a suspended sentence of a $100 fine and 30 days suspended for 6 months with no similar offenses. He was ordered to complete community service for old fines, with 60 days suspended on the condition that he complete treatment.

On June 30, 2004, the defendant was arrested for Disorderly Conduct by Red Lake police officers. The officers responded to a call regarding the defendant destroying property at a relative's residence. He was asked to leave but returned a short time later and was arrested. He was under the influence of alcohol at the time. On July 1, 2004, the defendant appeared in Red Lake Tribal Court and was fined $100.

MAR 0 9 2005

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 4 months in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 7th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on March 4, 2005
Place Bemidji

c: United States Sentencing Commission