Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kelly Joe Iceman Sr.

Docket No. 0:00CR00055-001(JMR/FLN)

**HEARING WAIVER**

I, Kelly Joe Iceman Sr., have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 4 months in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Kelly Iceman Sr.
Kelly Joe Iceman Sr.
Supervised Releasee

Witness: Joan N. White

Dated: 2-2-05

SCANNED
MAR 0 9 2005
U.S. DISTRICT COURT