PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kelly Joe Iceman, Sr.**

**Docket No. 0:00CR00055-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kelly Joe Iceman Sr.** who was sentenced for Assault with a Dangerous Weapon on October 17, 2001, by the Honorable James M. Rosenbaum, Chief U.S. District Court Judge sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No contact with victim and arrange for visitation of his children with their mother who lives with victim
- $2,869.32 restitution
- 9-11-2003: Conditions modified to include alcohol and drug aftercare
- 3-7-2005: Conditions modified to include 4 months in a community corrections center

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On February 11, 2004, the defendant was arrested for Disorderly Conduct by Red Lake police officers. The officers responded to the defendant's mother's residence after it was reported that the defendant had taken her vehicle. The defendant was standing outside the residence and was under the influence of alcohol. He became belligerent and was arrested. On February 11, 2004, he appeared in Red Lake Tribal Court and was sentenced to a suspended sentence of a $100 fine and 30 days suspended for 6 months with no similar offenses. He was ordered to complete community service for old fines, with 60 days suspended on the condition that he complete treatment.

On June 30, 2004, the defendant was arrested for Disorderly Conduct by Red Lake police officers. The officers responded to a call regarding the defendant destroying property at a relative's residence. He was asked to leave but returned a short time later and was arrested. He was under the influence of alcohol at the time. On July 1, 2004, the defendant appeared in Red Lake Tribal Court and was fined $100.

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On April 6, 2005, the defendant, upon entering Centre Inc. in Fargo, North Dakota, submitted a drug test which tested positive for THC.

SCANNED
MAY 9 2005
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient treatment, counseling or a support group.

On February 10, 2005, the defendant entered Northern Winds Treatment Center for inpatient treatment. On February 26, 2005, he left the program with no explanation. On April 11, 2005, the defendant entered Northern Winds Treatment Center for 30 days inpatient treatment. On April 26, 2005, he left without completing the program.

SPECIAL CONDITION: The defendant shall reside for a period of 4 months community corrections center as approved by the probation officer and shall observe the rules of that facility.

On April 5, 2005, the defendant entered Centre Inc., in Fargo, North Dakota. On April 11, 2005, the defendant was terminated from Centre for consuming alcohol on April 9, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 6th day of May, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White [signature] by PMJ

Joan L. White
U.S. Probation Officer

Executed on May 4, 2005
Place Bemidji