AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-55 (1) JMR/FLN

Kelly Joe Iceman, Sr.

MAY 20 05
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom #9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jonathan G. Lebedoff**

On: **5/23/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: May 9, 2005

RECEIVED
MAY 10 8 36 AM '05
US MARSHALS SERVICE
MPLS., MN

SCANNED
MAY 23 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] TIMOTHY D. LARSON Date: 05/17/2005

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: RED LAKE CASINO PARKING LOT, RED LAKE, MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 05/17/2005
Date

ALLEN GARBER
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure


** TOTAL PAGE.03 **