**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Kelly Joe Iceman, Sr.,**

Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

Case No: CR 00-55 JMR/FLN
Date: May 23, 2005
Court Reporter: None
Tape Number: 14-3572-3777
Time Commenced: 1:30 p.m.
Time Concluded: 1:35 p.m.
Time in Court: 5 Minutes

APPEARANCES:

**Plaintiff:** Clifford Wardlaw
Assistant U.S. Attorney

**Defendant:** No Appearance
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: May 6, 2005 Offense: Commission of crime while on release. Positive UA.

T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 Charges from other District ________________________________________________

9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

T Bond continued.

Next appearance date is May 25, 2005 at 2:00 p.m. before Chief Magistrate Judge Jonathan G. Lebedoff for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood

Signature of Judicial Assistant