**FEDERAL PUBLIC DEFENDER**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

May 23, 2005

Honorable Jonathan G. Lebedoff
Chief U.S. Magistrate Judge
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Kelly Joe Iceman, Sr.
Criminal No. 00-55 JMR/FLN

Dear Magistrate Judge Lebedoff:

I spoke with the defendant, Kelly Iceman, today regarding his preliminary hearing scheduled for May 25, 2005, at 2:00 p.m. Having explained the purpose of the hearing, Mr. Iceman wishes to waive it and proceed to a final revocation hearing before Judge Rosenbaum. Therefore, I am requesting that the preliminary hearing be canceled.

Sincerely,

*s/Virginia G. Villa*

VIRGINIA G. VILLA
Assistant Federal Defender

VGV:jrp

cc: AUSA Clifford Wardlaw