UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-55(01) JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KELLY JOE ICEMAN, Sr.,<br>Defendant. | ) | |

The above-entitled matter was scheduled for a final revocation hearing before the Honorable James M. Rosenbaum on June 13, 2005, at the United States Courthouse in Minneapolis, Minnesota. Virginia Villa, Assistant Federal Defender, appeared on behalf of the above-named defendant. The defendant did not appear. Clifford B. Wardlaw, Assistant United States Attorney, appeared on behalf of the government.

The government moved for a bench warrant as the defendant failed to appear. The court will grant the government's motion.

IT IS HEREBY ORDERED:

The clerk of court shall issue a bench warrant for the arrest of the above-named defendant.

Dated: June 13, 2005

s/James M. Rosenbaum
James M. Rosenbaum
United States District Judge