**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Kelly Joe Iceman, Sr., (1)
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-55 JMR/FLN (1) |
| Date: | June 13, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | Hours & 5 Minutes |

## APPEARANCES:

Plaintiff: Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Virginia Villa 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.** Defendant failed to appear. Bench warrant to be issued.
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
9 Defendant admits allegations. 9 Defendant denies allegations.

s/Heather Labat
Calendar Clerk