**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Kelly Joe Iceman, Sr. (1),
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 00-55 JMR/FLN (1)
Date: June 16, 2005
Court Reporter: Dawn Hansen
Time Commenced: 2:00 p.m.
Time Concluded: 2:15 p.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Tim Rank for Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Virginia Villa : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release is revoked; Deft sentenced to 6 months in prison; no reimposition of supervised release after release.
: Written order to be issued.

s/Heather Labat
Calendar Clerk