AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 JUN 14 A 9:46

UNITED STATES OF AMERICA

V.

Kelly Joe Iceman, Sr.

**WARRANT FOR ARREST**

RECEIVED U.S. MARSHAL ST. PAUL MINN

CASE NUMBER: **CR 00-55(1) JMR/FLN**

0541-0614-1254-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kelly Joe Iceman, Sr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Failure to Appear

Ordered by: James M. Rosenbaum, United States District Court Judge.

Mary Kay Furchner June 13, 2005 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 6-13-05
ARRESTED BY Self Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

JUN 17 2005

DC Modified 12/08/04

criminal\warrant.frm