AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**KELLY JOE ICEMAN SR.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-CR-55(1)(JMR/FLN)**
USM Number: **09317-041**
Social Security Number: **3720**
Date of Birth: **1974**

**Virginia Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of several condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Committing another crime | February 11, 2004 |
| Mandatory Condition | Committing another crime | June 30, 2004 |
| Mandatory Condition | Possessing a controlled substance | April 6, 2005 |
| Special Condition | Leaving drug treatment program w/o permission | April 26, 2005 |
| Special Condition | Failing to obey rules of Community Corrections center | April 11, 2005 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**6/16/2005**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, Chief United States District Judge
Name & Title of Judge

June 21, 2005
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: KELLY JOE ICEMAN SR.
CASE NUMBER: 00-CR-55(1)(JMR/FLN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months,** with credit for time served.

[] The court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on__________ to __________

at __________, with a certified copy of this judgment.

__________
United States Marshal

By __________
Deputy United States Marshal

DEFENDANT: KELLY JOE ICEMAN SR.
CASE NUMBER: 00-CR-55(1)(JMR/FLN)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant's term of supervised release shall be terminated.